# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY GENE SHERRILL, | 1: 07 CV 00868 LJO WMW HC |
| Petitioner, | ORDER DENYING AS MOOT MOTION FOR ORDER REQUIRING RESPONSIVE PLEADING |
| v. | [Doc. 7] |
| JAMES A. YATES, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.   On August 29, 2007, Petitioner filed a motion for an order requiring Respondent to file a responsive pleading in this case.  The court subsequently ordered Respondent to file a responsive pleading, and Respondent filed a motion to dismiss on January 7, 2008. Accordingly, Petitioner's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   February 11, 2008**               /s/ **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE